This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PHILLIP C. REIMERS and SHARON L. REIMERS,**

    Plaintiffs-Appellees,

**FARMERS INSURANCE COMPANY OF ARIZONA,**

    Plaintiff-in-Intervention,

**v.**                                                                 No. 30,347

**MARK OLVER d/b/a MARK OLVER CONSTRUCTION, LLC, and DEBORAH OLVER d/b/a MARK OLVER CONSTRUCTION, LLC,**

    Defendants-Appellants,

**and**

**BECKY MITCHENER, KAY MILLER, and STEINBORN GMAC REAL ESTATE,**

    Defendants,

**MARK OLVER and DEBORAH OLVER,**

    Third-Party Plaintiffs,

**v.**

**HECTOR PACHECO d/b/a INFINITY ROOFING, BENINGO FLORES d/b/a DURANGO PLASTERING, and GONZALO RAYOS d/b/a MAJESTIC BUILDERS,**

    Third-Party Defendants.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Jerald A. Valentine, District Judge**

Filosa & Filosa
Mark A. Filosa
Truth or Consequences, NM

for Appellees Reimers

O'Brien & Ulibarri, PC
Daniel O'Brien
Albuquerque, NM

for Plaintiff-in-Intervention

Hatcher & Tebo, P.A.
Scott P. Hatcher
Santa Fe, NM

William A. Walker, Jr., PC
William A. Walker, Jr.
Las Cruces, NM

for Appellants

Dixon, Scholl & Bailey, P.A.
Gerald G. Dixon
Albuquerque, NM

for Defendants

Hector Pacheco
Las Cruces, NM

Pro Se Third-Party Defendant

Gonzalo Rayos
Las Cruces, NM

Pro Se Third-Party Defendant

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

3

_____
**TIMOTHY L. GARCIA, Judge**